AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DARRYL WASHINGTON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:20-cv-312
4:17-cr-115

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated August 10, 2022, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Movant's 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence is denied, and this action is dismissed. Further, Movant is denied a certificate of appealability. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: August 11, 2022

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk